IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOWARD LANGFORD, | ) | 8:09CV446 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ALEGENT HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1.) The court finds that this matter and Case No. 8:09CV169 "involve some or all of the same issues of fact or arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 8:09CV169 was assigned to Senior Judge Warren K. Urbom.

    IT IS THEREFORE ORDERED that:

    1.    The Clerk of the court is directed to reassign this matter from Chief United States District Judge Joseph F. Bataillon to Senior Judge Warren K. Urbom.

    2.    This matter remains assigned to the pro se docket.

DATED this 26th day of January, 2010.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Chief United States District Judge