IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOWARD LANGFORD, | ) | 8:09CV446 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| ALEGENT HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On February 8, 2010, the court carefully examined the record in this case and the record in Case No. 8:09CV169. (Filing No. 6.) After this examination, the court concluded that the two cases involved the same parties and common questions of law and fact. (*Id.* at CM/ECF p. 3.) Consequently, the court elected to consolidate the cases. (*Id.*)

To facilitate the consolidation, the court directed the plaintiff to file an amended complaint in Case No. 8:09CV169 that contained all of his claims, including those presented in this case. (*Id.* at CM/ECF p. 4.) In doing so, the court specifically stated: "In the event that the plaintiff files an amended complaint in accordance with this memorandum and order, Case No. 8:09CV446 will be dismissed." (*Id.* at CM/ECF p. 3.)

On March 1, 2010, the plaintiff filed an amended complaint in Case No. 8:09CV169. (Case No 8:09CV169, Filing No. 36.) In accordance with the court's February 8, 2010, Memorandum and Order, this case is therefore dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Complaint (filing no. 1) is dismissed without prejudice to reassertion in Case No. 8:09CV169.

2.    A separate judgment will be entered in accordance with this Memorandum and Order.

Dated March 8, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge